IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL CHARLES TRAMMELL,

      Plaintiff,

v.                              CASE NO. 5:13-cv-405-RS-GRJ

TRANSUNION, et al.

      Defendants.

_____/

## REPORT AND RECOMMENDATION

      The Court ordered Plaintiff to file an amended complaint on or before April 30, 2014.  Doc. 11.  Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before June 6, 2014, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court.  As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to file an amended complaint.

      Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute, that all pending motions should be terminated and the case closed.

      **IN CHAMBERS** this 9th day of June 2014.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

**<u>NOTICE TO THE PARTIES</u>**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.