# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**MICHAEL CHARLES TRAMMELL,**

    **Plaintiff,**

**v.**                                                  **CASE NO. 5:13-cv-405-RS-GRJ**

**TRANSUNION, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** for failure to prosecute.

3. All pending motions are terminated.

4. The Clerk is directed to close the file.

**ORDERED** on July 10, 2014.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**